# VAN LEER & GREENBERG

Attorneys At Law
132 Nassau Street
New York, New York 10038
(212) 962-1596
August 17, 2016

Valerie Van Leer-Greenberg
Howard B. Greenberg
Evan D. Van Leer-Greenberg

Ira I. Van Leer (1923-1989)

*By U.S.P.O. Regular Mail*
Ms. Barbara A. Edwards, Trustee
50 Walnut Street
Newark, New Jersey 07102

    Re: Ariel M. Dellaratta
    No: Case No: 16-23438
      (*letter regarding Creditor Johanna Freire, of
      25-10 30th Rd, Apt. 5L, Astoria, New York 11102)*

Dear Ms. Edwards:

  My office is legal counsel to Ms. Johanna Freire in her Family Court matter. She is currently Pro Se with regard to the above captioned Bankruptcy matter.

  Enclosed herewith please find a current Account and Records Statement indicating the current amount due in Child Support by Mr. Ariel Dellaratta to mother of children, whose name is Johanna Freire, as differentiated from the $9,610.00 amount in Dellaratta's application to file for bankruptcy.

  Mr. Dellaratta's Order of Support, as attached, and issued by the Family Court of Queens County reflects Dellaratta's basic child support obligations as follows:

    $257.62 = Basic Weekly Child Support
    $100.00 = Weekly Child Care
    $55.81 = Medical Insurance Premium

  The above obligation totals $413.43 per week and $21,498.36 per year for child support, interalia. His current arrears are $21,041.34.

   I am also enclosing a two (2) page Proof of Claim fully executed by my client.

   Should there be any questions or concerns with regard to the enclosed, please feel free to contact me at (212) 962-1596. I remain,

Very truly yours,

*[signature]*

VALERIE VAN LEER-GREENBERG, ESQ.
VVLG/jc
By: U.S.P.O Regular Mail
Encl: As Above